William I. Goldsmith, SBN 82183  File: CDCS307
Eric Mintz, SBN 207384
GOLDSMITH & HULL, APC
A Professional Corporation
16933 Parthenia Street
Northridge, CA 91343
818-990-6600  Fax: 818-990-6140

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CV10-04386 JAK (VBKx) |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| RICHARD J. FRUGE, AKA RICKY FRUGE AKA J. RICHARD FRUGE, | |
| Defendant. | |

The Court having reviewed the parties' submission pursuant to the provisions of the stipulation requesting dismissal, hereby orders the above-case dismissed without prejudice.

IT IS SO ORDERED

DATED: _____       _____
                                    JOHN A. KRONSTADT
                                    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER