**EXHIBIT "2"**

Fm:R. Fruge & Associates To:Eric Mintz (18189990614O) 15:46 09/23/11GMT-08 Pg 03-04

```
GOLDSMITH & HULL/File #CDCS307
William I Goldsmith    SBN 82183
Jack D. Hull           SBN 91879
Eric Mintz             SBN 207384
16933 Parthenia Street, Suite #110
Northridge, CA   91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
govdept1@goldsmithcalaw.com
```

Attorneys For Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV10-04386 JAK (VBKx) |
| Plaintiff, | NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL OF ACTION WITH THE COURT RESERVING JURISDICTION TO ENFORCE TERMS OF SETTLEMENT AND ORDER THEREON |
| vs. | |
| RICHARD J. FRUGE AKA RICKY FRUGE AKA J. RICHARD FRUGE, | [Local Rules 16-15.7 and 40-2] |
| Defendant(s). | |

Pursuant to Local Rules of Court 16-15.7 and 40-2:

**NOTICE IS HEREBY GIVEN** by Plaintiff that Plaintiff, UNITED STATES OF AMERICA, is accepting payments on the claim herein from Defendant, RICHARD J. FRUGE AKA RICKY FRUGE AKA J. RICHARD FRUGE. This is pursuant to a Stipulation for Entry of Judgment Upon Default which is to remain unfiled unless there is a default in compliance with the terms set forth in said Stipulation.

The parties hereby request that this case be dismissed with the Court reserving

//
//
//
//

Notice of Settlement

1

jurisdiction solely for the purpose of enforcing the terms of the Stipulation for Entry of Judgment Upon Default if deemed necessary by the plaintiff.

Dated: September 23, 2011   GOLDSMITH & HULL, A P.C.

By _____
Eric Mintz
Attorneys for Plaintiff
United States of America

Dated: September 23, 2011

_____
Richard J. Fruge, et al.
Defendant