GOLDSMITH & HULL, P.C. /CDCS307 & CDCS308
William I. Goldsmith   SBN 82183
Jack D. Hull   SBN 91879
Eric Mintz, Esq.   SBN 207384
16933 Parthenia Street, Suite 110
Northridge, California 91343
Tel.: (818) 990-6600 Fax: (818) 990-6140
**govdept@goldsmsithcalaw.com**

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **CV10-04386 JAK (VBKx)** |
| Plaintiff, | |
| v. | JUDGMENT (PROPOSED) |
| RICHARD J. FRUGE AKA RICKY FRUGE AKA J. RICHARD FRUGE | Judge: Hon. John A Kronstadt |
| Defendant. | |

:

In the above-entitled action, pursuant to the parties' stipulation entered in the above-entitled action and having failed to complete the stipulation entered between the parties, pursuant to the terms of that stipulation,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff the UNITED STATES OF AMERICA have and recover from defendant RICHARD J. FRUGE AKA RICKY FRUGE AKA J. RICHARD FRUGE the sum of $56,500.00 plus interest from November 13, 2012, at the rate of 7% per annum to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: _____

_____
Hon. John A Kronstadt, United States District Judge
UNITED STATES DISTRICT COURT

7