William I. Goldsmith, SBN 82183
Jack D. Hull  SBN 91879
Eric Mintz   SBN 207384
GOLDSMITH & HULL, P.C./File CDCS307
16933 Parthenia St., Suite 110
Northridge, CA 91343
Telephone: (818) 990-6600
Facsimile: (818) 990-6140
**Govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD J. FRUGE AKA RICKY FRUGE AKA J. RICHARD FRUGE<br><br>Defendant. | Case No.: CV10-04386 JAK (VBKx)<br><br>**JUDGMENT**<br><br>JS-6<br><br>Judge: Hon. John A. Kronstadt |

In the above-entitled action, pursuant to the parties' stipulation entered in the above-entitled action and having failed to complete the stipulation entered between the parties, pursuant to the terms of that stipulation,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff the UNITED STATES OF AMERICA have and recover from defendant RICHARD J. FRUGE AKA RICKY FRUGE AKA J. RICHARD FRUGE the sum

//
//

of $56,500.00 plus interest from November 13, 2012, at the rate of 7% per annum to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: November 26, 2012    _____
Honorable John A. Kronstadt,
UNITED STATES DISTRICT COURT